IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES A. MOFFITT,<br>**Plaintiff,** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 12-cv-02491 |
| MICHAEL J. ASTRUE,<br>**Defendant.** | : | |

**ORDER**

AND NOW, this _____ day of _____, 2014, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED; and

3. Judgment is entered in this matter in favor of DEFENDANT.

BY THE COURT:

_____
BERLE M. SCHILLER,       J